NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEAN C. HOLYBRICE, )
)
        Appellant, )
)
v. )      Case No. 2D17-3807
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed June 8, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.


PER CURIAM.


      Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.